ELAINE LANKES, Appellant, v HUGH I.S. MILLER, SR., Respondent.—Order unanimously affirmed without costs. Memorandum: The order of Supreme Court must be affirmed. On the record before us, we are unable to determine whether defendant's counterclaim is barred by limitation of time. (Appeal from order of Supreme Court, Erie County, Fallon, J.—arbitration.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.

In the Matter of ERIC D., an Infant. (Appeal No. 1.)—Appeal unanimously dismissed without costs. Memorandum: No appeal lies from an original order that has been superceded by an amended order (10 Carmody-Wait 2d, NY Prac § 70:28; *Gorfinkel v First Natl. Bank,* 19 AD2d 903, 904, *affd* 15 NY2d 711; *Kurtis v Allstate Ins. Co.,* 43 AD2d 954, 955; *Centino v Isbrandtsen Co.,* 13 AD2d 977, *revd on other grounds* 11 NY2d 690, *cert denied sub nom. Universal Term. & Stevedoring Corp. v Isbrandtsen Co.,* 370 US 912). (Appeal from order of Niagara County Family Court, Halpin, J.—surrender of guardianship and custody.) Present—Denman, J. P., Boomer, Pine, Balio and Davis, JJ.